```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 64008
    ALICE R SANDERS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-4255


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 12/15/2005 and was confirmed 03/08/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 09/26/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
MORTGAGE ELECTRONIC REGI CURRENT MORTG           .00             .00             .00
MORTGAGE ELECTRONIC REGI MORTGAGE ARRE       7481.32             .00        7481.32
CITIFINANCIAL            SECURED             2000.00          166.58         923.20
CITIFINANCIAL            FILED LATE          4512.34             .00             .00
WORLD FINANCIAL NETWORK  SECURED             1500.00           42.06         258.97
WORLD FINANCIAL NETWORK  UNSEC W/INTER       1865.42           54.82             .00
FIRST AMERICAN BANK      UNSEC W/INTER       3959.61          272.94         418.47
ECAST SETTLEMENT CORP    UNSEC W/INTER       3262.48          274.72         344.80
LVNV FUNDING LLC         UNSEC W/INTER       1160.52           87.59         122.65
CAPITAL ONE BANK         UNSEC W/INTER        899.26           56.76          90.98
CAPITAL ONE              UNSEC W/INTER        321.72            7.52          32.52
CITIFINANCIAL            UNSEC W/INTER       1008.42           40.25             .00
HARLEM FURNITURE         UNSEC W/INTER NOT FILED                .00             .00
MARTIN J OHEARN          DEBTOR ATTY        2,050.00                       2,050.00
TOM VAUGHN               TRUSTEE                                             711.10
DEBTOR REFUND            REFUND                                              607.75

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              14,045.00

PRIORITY                                          .00
SECURED                                      8,663.49
    INTEREST                                   208.64
UNSECURED                                    1,009.42
    INTEREST                                   794.60
ADMINISTRATIVE                               2,050.00
TRUSTEE COMPENSATION                           711.10
DEBTOR REFUND                                  607.75
                                   ---------------  ---------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 64008 ALICE R SANDERS
```

```
TOTALS                                  14,045.00              14,045.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/27/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```